IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. ABA-26-335** |
| | * | |
| **ELEODANIEL LORENZO VALLEJO, a/k/a "ZO,"** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

FILED ENTERED
LOGGED RECEIVED

OCT 21 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY MF DEPUTY

## MOTION TO UNSEAL

The United States hereby informs this Court that the Defendant in the above-captioned matter has been arrested, and the indictment may therefore be unsealed. The United States now moves to unseal the docket in the above-captioned case and to have the unsealed indictment placed on the docket.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

Digitally signed by ALEXANDER LEVIN
Date: 2026.10.21 08:14:45 -04'00'

Alexander Levin
Assistant United States Attorney

So ORDERED,

The Honorable Charles D. Austin
United States Magistrate Judge

October 21, 2026
Date